RECEIVED
2013 FEB 27 P 1: 07
RICHARD W. WIEKING
DISTRICT COURT
... OF CALIFORNIA

1  Sean P. Flynn (SBN 220184)
   sflynn@foleymansfield.com
2  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
3  Los Angeles, CA  90071
   Telephone:  (213) 283-2100
4  Facsimile:   (213) 283-2101

5  Attorneys for
   **REDLINE RECOVERY SERVICES, LLC**

**CHAMBERS COPY**
*Do Not File*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVER BANK,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOANNA L. JENSEN,<br><br>    Defendant. | Case No:  C 12-04871 CRB (MEJ)<br><br>[PROPOSED] ORDER ON MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE<br><br>Date:        TBD<br>Time:        TBD<br>Department: TBD |

18  \ \ \
19  \ \ \
20  \ \ \
21  \ \ \
22  \ \ \
23  \ \ \
24  \ \ \
25  \ \ \
26  \ \ \
27  \ \ \
28  \ \ \

[Proposed] Order on Motion to Be Relieved From Personal Appearance At The Settlement Conference
C 12-04871 CRB (MEJ)

RECEIVED FEB 27 2013

1   After considering the pleadings submitted in connection with Defendant Redline
2 Recovery Services, LLC's Motion to Be Relieved From Personal Appearance At The
3 Settlement Conference, the Court finds that there is good cause to relieve Defendant
4 Redline Recovery Services, LLC from having to personally appear at the settlement
5 conference in this matter.

6   **IT IS SO ORDERED.**
7 Dated: February ___, 2013

By: _____
Hon. Maria-Elena James
Magistrate Judge
District Court, Northern District of California