Jerome M. Yalon, Jr. CSBA 84204
BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
901 Sunvalley Blvd., Suite 220
Concord, CA 94520
Tel: (206) 622-5306 Fax: (206) 622-0354
jyalon@bwmlegal.com

Counsel for Plaintiff and Cross-Defendant
Discover Bank, Issuer of the Discover Card

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVER BANK, ISSUER OF THE DISCOVER CARD,<br><br>       Plaintiff,<br><br> v.<br><br>JOANNA L. JENSEN; and DOES 1-10, inclusive,<br><br>       Defendants.<br>_____<br>JOANNA L. JENSEN,<br><br>      Cross-Complainant,<br><br> v.<br><br>DISCOVER BANK, ISSUER OF THE DISCOVER CARD, REDLINE RECOVERY SERVICES, LLC, AND ROES 1 – 200,<br><br>      Cross-Defendants. | Case No. C 12-04871 CRB (MEJ)<br><br>~~(PROPOSED)~~ ORDER ON MOTION TO BE EXCUSED FROM PERSONAL ATTENDANCE AT THE SETTLEMENT CONFERENCE<br><br>Assigned to the Hon. Charles R. Breyer<br><br>Date:  TBD<br>Time:  TBD<br>Dept:  TBD |

After considering the pleadings submitted in connection with Defendant Discover Bank, Issuer of the Discover Card's Motion to be Excused from Personal Attendance at the

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
901 SUNVALLEY BLVD , SUITE 220
CONCORD,  CALIFORNIA 94520
206/622-5306  FAX:  206/622-0354

(PROPOSED) ORDER ON MOTION TO BE EXCUSED
C 12-04871 CRB (MEJ)

Settlement Conference, the Court finds that there is good cause to relieve Defendant Discover Bank, Issuer of the Discover Card from having to personally appear at the settlement conference in this matter. The settlement conference is scheduled for July 2, 2013 at 10:00 a.m. in Chambers, 15th Floor, Magistrate Judge James' Chambers.

IT IS SO ORDERED

Dated ~~March ____, 2013~~  April 11, 2013

By: _____
Hon. Maris-Elena James
Magistrate Judge
District Court, Northern District of California

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
901 SUNVALLEY BLVD , SUITE 220
CONCORD,  CALIFORNIA 94520
206/622-5306  FAX:  206/622-0354

(PROPOSED) ORDER ON MOTION TO BE EXCUSED
C 12-04871 CRB (MEJ)

# DECLARATION OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed with the Clerk of the Court using the CM/ECF system the attached documents, which will send notification of such filing to the following individual:

Joanna L. Jensen
6925 Corte Mercado
Pleasanton, CA  94566
Tel: (925) 699-5041
Fax: (925) 520-4918
jensenair@hotmail.com

Sean P. Flynn
MUSICK, PEELER & GARRETT LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Tel: (714) 668-2452
Fax: (714) 668-2490
s.flynn@mpglaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my knowledge.

DATED March 22, 2013 at Concord, California.

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.

By: s/ Jerome M. Yalon, Jr. CSBA 84204
Attorney for Plaintiff and Cross-Defendant
Discover Bank, Issuer of the Discover Card
jyalon@bwmlegal.com

---

BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
901 SUNVALLEY BLVD , SUITE 220
CONCORD,  CALIFORNIA 94520
206/622-5306  FAX:  206/622-0354

(PROPOSED) ORDER ON MOTION TO BE EXCUSED
C 12-04871 CRB (MEJ)